IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON DAVE WELCH, | No. C 04-5158 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |

This is a civil rights case filed pro se by a former inmate of the Sonoma County Jail. Plaintiff's complaints have twice been dismissed with leave to amend. The time allowed to file an amendment in the second of these dismissals has long since passed and plaintiff has not amended. This case accordingly is **DISMISSED** with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July   9  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.04\WELCH158.DSM