1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   VERNON DAVE WELCH,                    No. C 04-5158 WHA (PR)

11                 Plaintiff,              **ORDER CERTIFYING THAT
                                           APPEAL IS NOT TAKEN IN GOOD
12      vs.                                FAITH**

13   COUNTY OF SONOMA, et al.,

14                 Defendants.
                                        /
15

16          This is a civil rights case filed pro se by a former inmate of the Sonoma County Jail.

17   Plaintiff's complaints were twice dismissed with leave to amend.  When the time to file an

18   amendment in response to the second of these dismissals had long since passed without an

19   amendment, the Court dismissed the case with prejudice.  Plaintiff has filed a notice of appeal

20   in which he details the excessive force allegedly used against him, but does not even mention

21   his failure to amend.

22          Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that a party granted

23   leave to proceed in forma pauperis in district court may continue in that status on appeal unless

24   the district court certifies that the appeal is not taken in good faith, which in this context means

25   if it is frivolous.  *See Ellis v. United States*, 356 U.S. 674, 674-75 (1958).  28 U.S.C. §

26   1915(a)(3) similarly provides that an appeal may not be taken IFP if the trial court certifies it is

27   not taken in good faith.

28   ///

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Because the court's ruling was clearly correct, it  is **CERTIFIED** that this appeal is frivolous and therefore not taken in good faith.

The clerk shall forthwith notify plaintiff and the court of appeals of this order.  *See* R.App.P. 24(a)(4).  Plaintiff may file a motion for leave to proceed IFP on appeal *in the court of appeals* within thirty days after service of notice of this action.  *See* R.App.P. 24 (a)(5)  Any such motion "must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action."  *Id.*

**IT IS SO ORDERED.**

Dated:  August ___15___, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.04\WELCH158 CERTAPP.wpd

2